Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, CA 93720
(559) 230-1095

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In the Matter of

NELLIE C. MOSQUEDA,

Debtor.
______________________________/

Case No. 16-12676-B-7

Chapter 7

D.C. No. JES-1

# MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

**Date: April 12, 2017**
**Time: 9:30 a.m.**
**Dept: B, Courtroom 13**

**TO THE HONORABLE RENE LASTRETO II, BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 07/25/2016.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4. The asset of the estate is a 2004 Chevrolet Colorado.

5. The trustee has obtained an offer from debtor, Nellie C. Mosqueda to purchase the estate's interest in a 2004 Chevrolet Colorado, VIN: 1GCCS136448111140, for a net to the

estate of $950.00 ($4,000 fair market value, less $3,050 exemption credit). The funds have been received by the estate and are awaiting court approval.

6. This sale is subject to higher, better bid at the hearing.

7. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to debtor, Nellie C. Mosqueda.

**DATED:** 3/7/17

JAMES E. SALVEN,
Movant